In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-09-00119-CR


______________________________




CARLA JO KECK, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the County Court at Law No. 2


Hunt County, Texas


Trial Court No. CR900912




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Carla Jo Keck has filed a notice of appeal from her conviction for gambling promotion. On
our review of the clerk's record, we noted that the trial court's certification of right of appeal stated
that this was a plea agreement case and that Keck has no right of appeal. 

 Unless a certification, showing that a defendant has the right of appeal, is in the record, we
must dismiss the appeal. See Tex. R. App. P. 25.2(d). 

 We sent a letter to Keck's counsel, informing him of the defect in the record and requesting
counsel to show this Court how we had jurisdiction over the appeal. Counsel has now verified that
this was a plea agreement case. 

 Because the trial court's certification affirmatively shows Keck has no right of appeal,
because Keck's counsel has verified that this was a plea bargain case, and because the record before
us does not reflect that the certification is incorrect, see Dears v. State, 154 S.W.3d 610, 615 (Tex.
Crim. App. 2005), we must dismiss the appeal.

 We dismiss the appeal for want of jurisdiction. 



 Bailey C. Moseley

 Justice

 

Date Submitted: July 8, 2009

Date Decided: July 9, 2009


Do Not Publish